UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER DEKRAFT THOMAS, )<br>)<br>        Plaintiff, )<br>)<br>   v. )<br>)<br>KILOLO KIJAKAZI, Acting Commissioner of )<br>Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 2:21-CV-19-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 22]. The court DENIES plaintiff's motion for judgment on the pleadings [D.E. 14], GRANTS defendant's motion for judgment on the pleadings [D.E. 19], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on August 8, 2022, and Copies To:**
Branch E. Vincent, III　　　　　　　　　　　　　　　(via CM/ECF electronic notification)
Mark J. Goldenberg　　　　　　　　　　　　　　　　(via CM/ECF electronic notification)

DATE:　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK
August 8, 2022　　　　　　　　　　(By) /s/ Nicole Sellers
　　　　　　　　　　　　　　　　　　Deputy Clerk